IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05cr104-A |
| ) | WO |
| RHONDA JENNINGS ) | |

### ORDER ON MOTION

Upon consideration of defendant's motion to place defendant on bond (Doc. # 77), filed August 17, 2005, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 19th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE